**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00759-CV

**DALLAS INDEPENDENT SCHOOL DISTRICT AND MICHAEL L. WILLIAMS, COMMISSIONER OF EDUCATION, Appellants**

**V.**

**ADRIAN PETERS, Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-01850-I**

## ORDER

We **GRANT** Joseph K. Ball's March 24, 2015 agreed motion to substitute counsel and

**DIRECT** the Clerk of the Court to remove Mr. Ball as counsel for appellant Dallas Independent

School District and substitute Robert E. Luna in his place.

/s/    CRAIG STODDART
       JUSTICE